WILLIAM ZINKE et al., Copartners under the Firm Name of ZINKE & RUNGE, Respondents, *v.* JOHN C. HIPKINS et al., Individually and as Trustee under the Will of DAVID C. HIPKINS, Deceased, and as Trustee under the Will of SARAH L. HIPKINS, Deceased, Appellants.

*Creditor's suit — income from trust funds — surplus over amount reasonably necessary for support of cestui que trust and those dependent upon him applicable to payment of judgment against him.*

*Zinke v. Hipkins*, 193 App. Div. 913, affirmed.

(Submitted January 27, 1922; decided February 28, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 17, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in a judgment creditor's action under section 98 of the Real Property Law to reach so much of the income of two trust funds held by the defendant Farmers' Loan and Trust Company for the benefit of John C. Hipkins under the wills of his father and mother, as was beyond the sum reasonably necessary for his support. It appeared at the trial that the net income of the defendant from the trust funds after deducting commissions and other expenses, amounted during the year 1919 to the sum of $4,582.18, and that in addition the defendant earned between $2,000 and $2,500 a year as a result of his own labor. The court found that the sum of $4,000 was reasonably necessary for the support and maintenance of the defendant Hipkins and those dependent upon him, and that the balance of his income is surplus income and subject to the plaintiffs' judgment.

*Robert E. McLear* for appellant Hipkins.

*Alexander Holtzoff* and *Paul Windels* for plaintiffs, respondents.

*C. Alexander Capron* and *Harry C. Miller* for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.    Absent: McLAUGHLIN, J.